# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE DANIEL T. K. HURLEY

---

Case No. **13-60204-CR.**  Date: **May 27, 2014**
(Start Time: **2:35 p.m.**)  (End Time: **3:40 p.m.**)

Courtroom Deputy: James E. Caldwell  Court Reporter: **Dorothy C. Minor**

Language Spoken: **English**  Defendant's Status: (~~Pretrial Detained~~ / Bond)

UNITED STATES OF AMERICA v. **Jack Freedman**

AUSA: **Mark Osborne for H. Ron Davidson**  DEFENSE COUNSEL: **J. David Bogenschutz**

TYPE OF HEARING: **Sentencing hearing.**

RESULTS OF HEARING: **After an inquiry, the defendant was sentenced to probation for 5 years and $100.00 Special Assessment.**

Misc.: